**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO, WESTERN DIVISION**

| | |
|---|---|
| **WESTFIELD INSURANCE GROUP A/S/O JENNIFER BLAKEMORE and RICHARD PAKULSKI**<br><br>**Plaintiff(s)**<br><br>v.<br><br>**GENERAL ELECTRIC COMPANY**<br><br>**Defendant(s)** | **Civil Action No: 3-10-CV-00217**<br><br>**Judge Jack Zouhary** |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that Plaintiff Westfield Insurance Group a/s/o Jennifer Blakemore and Richard Pakulski voluntarily dismiss the Complaint in the above-entitled action without prejudice pursuant to Fed R. Civ. P. 41(a)(1)(A).

/s/ Rebecca K. Hockenberry
Rebecca K. Hockenberry (0074930)
Hockenberry Law Office, LLC
40 Sturges Avenue
Mansfield, Ohio 44902
(419) 709-8170 (telephone)
(419) 709-8172 (facsimile)
(Email) rebecca@attyhockenberry.com

Attorney for Plantiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I have mailed by regular U.S. mail, postage prepaid a copy of the foregoing to:

>General Electric Company
>3135 Easton Turnpike
>Fairfield, CT  06828

>/s/ Rebecca K. Hockenberry
>Rebecca K. Hockenberry